# EXHIBIT A

PO Box 465
Brookfield WI 53008-0465
RETURN SERVICE REQUESTED

**COLLECTION ASSOCIATES, LTD.**
PO Box 465 ♦ Brookfield, WI 53008-0465
*Telephone: (262) 641-2500*

October 2, 2014

COLLECTION ASSOCIATES, LTD.
PO Box 465
Brookfield WI 53008-0465

413755084

Allison Halvorsen
4160 S 1st Pl
Milwaukee WI 53207-4312

Account # ████2440
Balance: $95.69

---

***Detach Upper Portion And Return With Payment***

Account of: Milwaukee Anesth. Consultants, S.C.

| Last Activity | Account Number | Balance |
|---|---|---|
| 05/14/2014 | ████2440 | $95.69 |

Dear Allison Halvorsen:

This account has been listed with our office for collection.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from current creditor.

The amount due stated above is the amount due as of the date of this letter. Future interest of 5% per year may be assessed as permitted by Wisconsin Statues Section 138.04 if the amount due is not paid.

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

Sincerely,
Collection Associates, LTD.

1RDCOLL01PANEW

Collection Associates, LTD. ♦ PO Box 465 ♦ Brookfield WI 53008-0465 ♦ 262-641-2500