# Exhibit B

**COLLECTION ASSOCIATES, LTD.**

PO Box 465 ♦ Brookfield, WI 53008-0465

*Telephone: (262) 641-2500*

PO Box 465
Brookfield WI 53008-0465
RETURN SERVICE REQUESTED

October 13, 2014

422211033

Kimberly Aker
2512 26th St
Kenosha WI 53140-4807

COLLECTION ASSOCIATES, LTD.
PO Box 465
Brookfield WI 53008-0465

Account # ███3851
Balance:   $1496.36

***Detach Upper Portion And Return With Payment***

Balance:  $1496.36
Acct #:   ███3851
Account of: Midwest Phys. Anes. Services, S.C.

## PLEASE REMIT ! !

Your account has not been paid. Please send full payment today or call our office to make other satisfactory arrangements.

Sincerely,

Collection Associates, LTD.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

1RDCOLL01PR