# Exhibit C

# COLLECTION ASSOCIATES, LTD.

PO Box 465 ♦ Brookfield, WI 53008-0465

*Telephone: (262) 641-2500*

December 19, 2014

COLLECTION ASSOCIATES, LTD.  
PO Box 465  
Brookfield WI 53008-0465

474586140

Kimberly Aker  
2512 26th St  
Kenosha WI 53140-4807

Account # ▇▇▇▇3851  
Balance:   $1510.01

---

**Past Due Balance**

***Detach Upper Portion And Return With Payment***

| Creditor Name | Account Number | Balance |
|---|---|---|
| MIDWEST PHYS. ANES. SERVICES, S.C. | ▇▇▇3851 | $1510.01 |
| | TOTAL: | $1510.01 |

The above named creditor has authorized us to refer this account for legal action against you. Send payment in full today or call our office if you wish to avoid such action.

Sincerely,

Collection Associates, Ltd.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

1RDCOLL01VSUIT